```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                        FORT MYERS DIVISION
```

JAMES POWELL,

           Plaintiff,

vs.                             Case No. 2:11-cv-518-FtM-29SPC

HARE LUMBER & READY MIX, INC.,

           Defendant.
_____

**ORDER**

    This matter comes before the Court on the parties' Joint Stipulation for Dismissal With Prejudice (Doc. #15) filed on February 1, 2012. The parties advise that there no compromise occurred, and plaintiff received full compensation of all claims. As the parties did not reach a compromise as to plaintiff's overtime compensation and plaintiff is represented by counsel, the Court finds that a review of the settlement is not required for dismissal. See Lynn's Food Stores, Inc. v. United States Dep't of Labor, 679 F.2d 1350, 1352 (11th Cir. 1982).

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that this case is **DISMISSED** with prejudice, with each party to bear its own costs and attorney's fees except as otherwise provided by the settlement agreement. The Clerk is directed to enter judgment accordingly and close the file.

The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE AND ORDERED** at Fort Myers, Florida, this __2nd__ day of February, 2012.

                                                                          _____
                                                                          JOHN E. STEELE
                                                                          United States District Judge

Copies:
Counsel of Record